

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00623-CR

DEVONTE RASHARD HAYES, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 337th District Court of Harris County (Tr. Ct. No. 1356324)

After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Devonte Rashard Hayes. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**. It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered May 12, 2015.

Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.